UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

ANGELA DAWN DOWLING

CIVIL ACTION:

VERSUS

No: 02-637-JJB-DLD

GEORGIA PACIFIC, LLC

## JUDGMENT

Georgia-Pacific LLC's Motion for Summary Judgment (doc. 46) for Contractual Defense and Indemnity from third party defendant, Kellogg Brown & Root, Inc. is hereby **GRANTED**.

Kellogg Brown & Root, Inc.'s Cross-Motion for Partial Summary Judgment (doc. 57) for Contractual Defense and Indemnity is hereby **DENIED**.

Third party defendant, Pacific Employers Insurance Company, is hereby **DISMISSED** as a party.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Kellogg Brown & Root, Inc. is to provide Georgia Pacific LLC with a defense on both the main demand asserted by the plaintiff without regard to fault and on the third party demand asserted by Georgia Pacific LLC and to reimburse Georgia-Pacific LLC all attorney's fees and costs incurred in this matter.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Kellogg Brown & Root, Inc. is to indemnify Georgia-Pacific LLC for plaintiff's claims in the

main demand without regard to fault and to reimburse Georgia-Pacific LLC for the full amount of the settlement proceeds paid to the plaintiff.

Baton Rouge, Louisiana, January 23, 2008.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA